WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, | No. CV-19-01736-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Compass Lending Corporation, | |
| Defendant. | |

At issue is Plaintiff's First Amended Class Action Complaint (Doc. 12). Because Plaintiff filed the First Amended Class Action Complaint without requesting leave of Court to do so, the Court presumes Defendant consented in writing to an amended Complaint under Federal Rule of Civil Procedure 15(a)(2). Local Rule 15.1(b) provides:

> If a party files an amended pleading as a matter of course or with the opposing party's written consent, the amending party must file a separate notice of filing the amended pleading. The notice must attach a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added. The amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If an amended pleading is filed with the opposing party's written consent, the notice must so certify.

Because Plaintiff failed to comply with Local Rule 15.1(b), the Court will strike the First Amended Class Action Complaint (Doc. 12).

IT IS THEREFORE ORDERED striking Plaintiff's First Amended Class Action Complaint (Doc. 12).

Dated this 16th day of May, 2019.

Honorable John J. Tuchi
United States District Judge