# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick,<br><br>    Plaintiff,<br><br>v.<br><br>Compass Lending Corporation, *et al.*,<br><br>    Defendants. | No. CV-19-01736-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation of Dismissal with Prejudice (Doc. 41), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 41). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

IT IS FURTHER ORDERED vacating the Telephonic Status Hearing re: Notice Concerning Court-Ordered Inquiry set for April 16, 2020.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 23rd day of April, 2020.

Honorable John J. Tuchi
United States District Judge